[Nos. 42235-9-I; 42883-7-I.   Division One.   August 30, 1999.]

MICHAEL L. MOODENBAUGH, ET AL., *Appellants*, v. JEFFREY
W. STOCK, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 95-2-05132-4, Joan DuBuque, J., entered Feb-
ruary 4, 1998. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Baker and Ellington, JJ.

[Nos. 42357-6-I; 42368-1-I.   Division One.   August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH
LOUISE LUMBERT, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 97-1-03858-4, Ann Schindler, J., entered Febru-
ary 27, 1998. *Dismissed* by unpublished per curiam opinion.

[Nos. 42466-1-I; 43261-3-I;   Division One.   August 30, 1999.]
    43400-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
ALBERT JOHNSTON, *Appellant*.

*In the Matter of the Personal Restraint of* HAROLD
ALBERT JOHNSTON, *Petitioner.*

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 97-1-01723-2, Linda C. Krese, J.,
entered March 30, 1998, together with a petition for relief
from personal restraint. *Reversed* by unpublished opinion
per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 42504-8-I.   Division One.   August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEEMARK
KENNEDY SPATES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-10016-6, Faith Ireland, J., entered April
13, 1998. *Affirmed* by unpublished opinion per Ellington,
J., concurred in by Grosse and Appelwick, JJ.